UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                          |      Chapter 13

      Sara M. Keenan

                               |      Bankruptcy No. 20-14061-AMC

                Debtor        |

### <u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 10/13/2020.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

     WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 08/19/2021                    Respectfully submitted,


                                       */s/ Ann Swartz, Esq.*
                                       Ann Swartz, Esq.
                                       for
                                       Scott F. Waterman, Esq.
                                       Standing Chapter 13 Trustee
                                       2901 St. Lawrence Avenue, Suite 100
                                       Reading, PA  19606
                                       Telephone: (610) 779-1313