IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Sara M. Keenan | : | Chapter 13 |
| | : | Case No.: 20-14061-AMC |
|    Debtors(s) | : | |

## **O R D E R**

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby

**ORDERED** that the Debtor may incur additional debt so as to refinance their real property.

~~IT IS FURTHER ORDERED:~~

**Date: November 17, 2021**

Date: _____

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE