**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|    Sara M. Keenan : | Chapter 13 |
| : | Case No.: 20-14061-AMC |
|    Debtor(s) : | |

## **O R D E R**

AND NOW, this _____ day of _____, 2022 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion;

~~IT IS FURTHER ORDERED~~

**Date: March 10, 2022**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE