IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sara M. Keenan
        Debtor

        Sara M. Keenan
        Movant
        v.

        Rushmore Loan Management
        Services, LLC as Servicer for U.S.
        Bank Trust National Association, as
        Trustee of the LB-Cabana Series IV
        Trust
        Scott F. Waterman - Trustee
                Respondents

Case No.: 20-14061-amc

Chapter: 13

Judge:  Ashely M. Chan

Hearing Date:
June 14, 2023, at 11:00 am

## **LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL**

      Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National

Association, as Trustee of the LB-Cabana Series IV Trust ("Secured Creditor") is a secured

creditor in the above Bankruptcy and by its undersigned counsel hereby makes a limited

objection to the Debtor's Motion to Sell the real property located at 8716 Macon Street,

Philadelphia, PA 19152, as follows:

      1.     Secured Creditor is a lien holder of the Debtor with a mortgage lien on the real

property owned by Debtor and located at 8716 Macon Street, Philadelphia, PA 19152

("Property").

      2.     On October 13, 2020, Debtor filed the instant Chapter 13 Bankruptcy Petition.

3.      On December 10, 2020, Secured Creditor or its predecessor in interest filed Proof

of Claim 5-2, setting forth a total claim in the amount of $117,276.73, and a pre-petition

arrearage in the amount of $13,021.66.

4.      As of May 8, 2023, the payoff for this loan is approximately $97,180.43.

5.      Secured Creditor does not object to the sale of the Property;  however, Secured

Creditor submits this limited response seeking assurance that any Order granting the Motion

includes a provision which states that Secured Creditor will be paid in full on the closing date

from a payoff statement which will be provided at closing.

6.      Secured Creditor requests that the Court Order allowing sale of the real property

provide that the lien of Secured Creditor attach to the proceeds of sale pending full payoff as

agreed..


**WHEREFORE**, Secured Creditor respectfully requests that the Debtor's Motion be granted

to the extent outlined above and for all other and further relief as is just and proper.


Dated:   May 10, 2023

By: */s/ Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com