IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Sara M. Keenan<br>Debtor<br><br>Sara M. Keenan<br>Movant<br>v.<br><br>Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust<br>Scott F. Waterman - Trustee<br>Respondents | Case No.: 20-14061-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date:<br>June 14, 2023, at 11:00 am |

## SETTLEMENT STIPULATION RESOLVING CREDITOR, RUSHMORE LOAN MANAGEMENT SERVICES, LLC AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LB-CABANA SERIES IV TRUST'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL PROPERTY

AND NOW, upon the Motion of Debtor, Sara M. Keenan (the "Debtor") for Sale of the Property located at 8716 Macon Street, Philadelphia, PA 19152 (the "Property"), and the Limited Objection of Creditor, Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust (the "Creditor"); it is hereby agreed as follows:

1. Debtor has entered into an Agreement of Sale for the sale of the Property for the amount of $225,000.00.

2. The current payoff amount to pay Creditor's loan in full is approximately $97,180.43, good through May 8, 2023. Prior to closing, Creditor shall provide an update payoff to Counsel for Debtor.

3. Creditor's Claim shall be paid in full from the proceeds of the sale of the Property,

absent further Order of the Court.

    4. The parties request that this Honorable Court approve this Stipulation.

Dated: May 16, 2023

/s/ Lauren M. Moyer

Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
*Attorney for Creditor*

Dated: 5/15/23

Brad J. Sadek, Esquire
*Attorney for Debtor*

Dated: May 18, 2023

/s/ Ann E. Swartz, for

Scott F. Waterman
*Chapter 13 Trustee*